STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

CW 07-1314


SANDRA DUHON BERNARD, ET AL.

VERSUS

BP AMERICA PRODUCTION
COMPANY, ET AL.

************

ON SUPERVISORY WRITS FROM THE
THIRTY-EIGHTH JUDICIAL DISTRICT COURT
PARISH OF CAMERON, DOCKET NO. 10-16704
HONORABLE H. WARD FONTENOT, DISTRICT JUDGE

************

JAMES T. GENOVESE
JUDGE

************

Court composed of Marc T. Amy, J. David Painter, and James T. Genovese, Judges.


WRIT DENIED.


Donald T. Carmouche
Victor L. Marcello
John H. Carmouche
William R. Coenen, III
John S. DuPont, III
Brian T. Carmouche
Talbot, Carmouche & Marcello
Post Office Box 759
Gonzales, Louisiana 70707-0759
(225) 644-7777
COUNSEL FOR PLAINTIFFS/RESPONDENTS:
    Sandra Bernard Duhon, et al.

**Chad E. Mudd**
**Mudd & Bruchhaus, L.L.C.**
**410 East College Street**
**Lake Charles, Louisiana 70605**
**(337) 562-2327**
**COUNSEL FOR PLAINTIFFS/RESPONDENTS:**
    **Sandra Bernard Duhon, et al.**

**H. David Vaughan, II**
**Ellen B. Cogswell**
**Plauché, Smith & Nieset**
**1123 Pithon Street**
**Lake Charles, Louisiana 70601**
**(337) 436-0522**
**COUNSEL FOR PLAINTIFFS/RESPONDENTS:**
    **Sandra Bernard Duhon, et al.**

**Patrick S. Ottinger**
**Paul J. Hebert**
**Mark D. Sikes**
**Stuart M. Simoneaud**
**Ottinger Hebert, L.L.C.**
**Post Office Drawer 52606**
**Lafayette, Louisiana 70505-2606**
**(337) 232-2606**
**COUNSEL FOR DEFENDANT/RELATOR:**
    **KCS Resources, Inc.**

**George Arceneaux, III**
**Liskow & Lewis**
**822 Harding Street**
**Post Office Box 52008**
**Lafayette, Louisiana 70505**
**(337) 232-7424**
**COUNSEL FOR DEFENDANTS:**
    **Midgard Energy Company, and**
    **Range Production Company of Delaware**

**John Michael Vernon**
**Jere Jay Bice**
**Bice, Palermo & Vernon**
**Post Office Box 2125**
**Lake Charles, Louisiana 70602**
**(337) 310-1600**
**COUNSEL FOR DEFENDANTS:**
    **BP America Production Company,**
    **BP Corporation North America, Inc., and**
    **Pan American Petroleum Corporation**

**Robert J. Burns, Jr.**
**Perry, Atkinson, Balhoff, Mengis & Burns, L.L.C.**
**Post Office Drawer 83260**
**Baton Rouge, Louisiana 70884-3260**
**(225) 767-7730**
**COUNSEL FOR DEFENDANTS:**
      **Petroleum Resource Management Co., and**
      **CTO Investments**

**A. J. Gray, III**
**Bart R. Yakupzack**
**The Gray Law Firm**
**Post Office Box 1467**
**Lake Charles, Louisiana 70602-1467**
**(337) 494-0694**
**COUNSEL FOR DEFENDANTS:**
      **River Oaks Exploration, Inc.,**
      **Jack Lawton, Inc.,**
      **William B. Lawton Company, Inc.,**
      **Raville Resources, Inc.,**
      **Yentzen Investments, Inc., and**
      **William T. Burton Industries, Inc.**

**Michael J. Mazzone**
**Haynes & Boone, L.L.P.**
**One Houston Center**
**1221 McKinney Street, Suite 2100**
**Houston, Texas 77010-2007**
**(713) 547-2115**
**COUNSEL FOR DEFENDANT:**
      **Nortex Corporation**

**Charles A. Mouton**
**Mahtook & Lafleur**
**Post Office Box 3089**
**Lafayette, Louisiana 70502**
**(337) 266-2189**
**COUNSEL FOR DEFENDANT:**
      **Sunoco**

**Brett Page Furr**
**Taylor, Porter, Brooks & Phillips, L.L.P.**
**Post Office Drawer 2471**
**Baton Rouge, Louisiana 70821-2471**
**(225) 387-3221**
**COUNSEL FOR DEFENDANT:**
      **KERRCO, Inc.**

**GENOVESE, J.**

Defendant-Relator, KCS Resources, Inc., in this counter writ application, contends that the application for supervisory writs filed by Plaintiffs-Respondents in *Sandra Duhon Bernard, et al. v. BP America Production Co., et al.*, 07-1249 (La.App. 3 Cir. XX/XX/XX), ___ So.2d ___, was not timely filed and should be dismissed. However, the record indicates that the Plaintiffs' writ was in fact timely filed because it was postmarked by Federal Express on October 5, 2007, which was exactly thirty days after the trial court's ruling denying Plaintiffs' motion for reconsideration. Consequently, the counter writ of KCS Resources, Inc., is denied.

**WRIT DENIED.**

1